UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 08, 2020

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC DANIEL HANCOCK,

Defendant.

Case No.  2:20CR00125-KJM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ERIC DANIEL HANCOCK ,

Case No.  2:20CR00125-KJM  Charge 21USC § 841(a)(1), 18USC § 922(g)(1) ,

from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond $      25,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on December 08, 2020 at 2:00 pm

By: _____

Magistrate Judge Allison Claire