UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 08, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC DANIEL HANCOCK,<br><br>Defendant. | Case No. 2:20CR00125-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  __ERIC DANIEL HANCOCK__ ,

Case No.  __2:20CR00125-KJM__   Charge __21USC § 841(a)(1), 18USC § 922(g)(1)__ ,

from custody for the following reasons:

　　　　_____   Release on Personal Recognizance

　　　　_____   Bail Posted in the Sum of $ _____

　　　　__x__      Unsecured Appearance Bond $   __25,000__

　　　　_____   Appearance Bond with 10% Deposit

　　　　_____   Appearance Bond with Surety

　　　　_____   Corporate Surety Bail Bond

　　　　__X__     (Other): __Pretrial conditions as stated on the record.__

Issued at Sacramento, California on December 08, 2020 at 2:00 pm

By:  *Allison Claire*
　　　_____
　　　Magistrate Judge Allison Claire