HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ERIC DANIEL HANCOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC DANIEL HANCOCK,<br><br>　　　　　　Defendant. | Case No. 2:20-CR-0125 KJM<br><br>**STIPULATION AND ORDER (PROPOSED) MODIFYING RELEASE CONDITIONS**<br><br>JUDGE:　Hon. Jeremy D. Peterson |

　　　IT IS HEREBY STIPULATED by plaintiff, United States of America, and defendant, Eric Daniel Hancock, that the special conditions of pretrial release ordered on December 8, 2020 (doc. 15) may be modified to delete special condition 11 requiring drug and alcohol testing.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Pretrial Services Officer Alicia Mirgain contacted the parties on July 22, 2021, and recommended this modification in light of Mr. Hancock's history of compliance. She later advised that his clinician (whom he will continue seeing) has seen no signs or report of drug use. The defense requests that this modification be made and the government does not object.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  July 29, 2021

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Eric Daniel Hancock

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  July 29, 2021

/s/ T. Zindel for J. Conolly
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Special condition 11 of pretrial release requiring drug testing is deleted.

IT IS SO ORDERED.

Dated:  July 30, 2021

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge