IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ERIC HANCOCK,<br><br>  Defendant. | Case №:2:20-cr-00125-KJM<br><br>**O R D E R APPOINTING CJA COUNSEL AFTER FEDERAL DEFENDER IS WITHDRAWN** |

Upon the defendant's motion and consent, and good cause appearing,

IT IS ORDERED that the Federal Defender is relieved as counsel, and that Timothy Zindel is appointed as CJA counsel effective October 1, 2021.

Dated: October 1, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Order Appointing Counsel After
Previous Counsel Withdrawn          1