```
PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC DANIEL HANCOCK,<br><br>　　　　　Defendant. | CASE NO. 2:20-CR-125-KJM<br><br>UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT |

The United States moves the Court, under the authority of Federal Rule of Criminal Procedure 48(a), for leave to dismiss the indictment against defendant Eric Hancock. ECF No. 3. It is the government's understanding that Mr. Hancock has terminal cancer and, at the time of writing, has been moved to hospice care. Declaration of AUSA James Conolly, ¶ 2-3.

Weighing all factors, the government believes that continued prosecution of this case serves no sufficiently compelling interest that would outweigh the cost of resources to do so. Should the Court grant this motion, the United States offers this same filing as its notice of dismissal of the indictment.

Counsel for the defendant does not oppose this motion.

Dated: May 9, 2022　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　By: /s/ JAMES R. CONOLLY
　　　　　　　　　　　　　　　　　　　　　　　　JAMES R. CONOLLY
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**Declaration of AUSA James Conolly**

I, James Conolly, declare as follows:

1. I am an Assistant United States Attorney, practicing before the United States District Court for the Eastern District of California.

2. On April 12, 2022, Timothy Zindel, counsel for defendant Eric Hancock, informed me that Mr. Hancock had been moved to hospice care, following extensive treatment for cancer.

3. Mr. Zindel provided me with letters from Mr. Hancock's treating physicians, describing his prognosis and indicating his condition was terminal. I confirmed this assessment with Mr. Hancock's palliative care physician directly, on April 13, 2022.

4. On May 7, 2022, Mr. Zindel confirmed to me that the defense does not object to the government's motion for leave to dismiss the indictment.

5. This declaration is sworn to and signed in Sacramento, California, on May 9, 2022.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney