PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-125-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ERIC DANIEL HANCOCK, | |
| Defendant. | |

    Under the authority of Federal Rule of Criminal Procedure 48(a), the Court grants the government leave to dismiss the indictment in this matter. With this leave, per the government's motion, the indictment is hereby dismissed.

DATED: May 10, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE